George T. Peterson, Respondent, *v.* New York Consolidated Railroad Company, Appellant.

*False imprisonment — pleading — evidence — justification may not be proved under general denial.*

*Peterson* v. *N. Y. Consolidated R. R. Co.*, 186 App. Div. 965, affirmed.
(Argued November 23, 1920; decided December 7, 1920.)

Appeal, by permission, from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered December 27, 1918, *unanimously* affirming a judgment in favor of plaintiff entered upon a verdict. The action was for false arrest and imprisonment, assault and malicious prosecution. The answer was a general denial. Upon the trial defendant sought to prove justification. The evidence offered was rejected on the ground that the issue was not raised by the answer.

*Harold L. Warner* and *George D. Yeomans* for appellant.

*Thomas W. Maires* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, HOGAN, MCLAUGHLIN, CRANE and ANDREWS, JJ.